394 A.2d 619

Eisbart et al., Appellants, v. Township of Upper Dublin et al.

Argued June 13, 1978. Rubin Mogul, for appellants; George B. Ditter, with him Raymond Jenkins, for appellees, Township of Upper Dublin and Feller; No appearance entered nor briefs submitted for appellees, Fitzsimmons and Cleeland.

Order affirmed.

604

VAN der VOORT and SPAETH, JJ., would allow appellants to amend their complaint.

JACOBS, P. J., did not participate in the consideration or decision of this case.